ALTENBERND, Judge,
Concurring.
In the mid-1970s, Justice Sundberg, writing for himself, Justice Overton, and Justice England, stated: “It is inconceivable to me that a marketable record title act which is aimed primarily at quieting title to private lands can be utilized to divest the people of the State of Florida of lands held in public trust for them.” Odom v. Deltona Corp., 341 So.2d 977, 990 (Fla.1976) (Sundberg, J., concurring in part and dissenting in part). It still seems like a questionable policy even today. Unfortunately, if DOT still needs this land, it will apparently need to take the property once again by eminent domain. I am inclined to believe that the legislature could create an exception to MRTA that would protect state-owned land from the risk of a wild deed, but none exists at this time.